IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS PANARELLA, JR. | : | NO. 00-655 |

<u>ORDER</u>

AND NOW, this 29th day of July, 2011, upon consideration of petitioner Nicholas Panarella, Jr.'s Motion to Vacate Conviction (Docket No. 51), the opposition and reply thereto, and following oral argument held on January 11, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. The conviction in the above-captioned matter is hereby VACATED.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.